# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **FRANK H. EATON, JR,** on behalf of himself and all others similarly situated, | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | ) Case No. 7:17-CV-01909-LSC<br>) |
| **UNITED REPAIR PLANS, LLC, MARATHON FINANCIAL, INC., AGW COMPANY, LLC, and ROYAL ADMINISTRATION SERVICES, INC.** | )<br>)<br>)<br>)<br>) |
| **Defendant(s).** | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, Frank H. Eaton, Jr., and hereby dismisses the above styled action without prejudice pursuant to FRCP 41(a)(1)(i).

**DATED** this the 16th day of May, 2018.

> /s/ Earl P. Underwood, Jr.
> Earl P. Underwood, Jr.
> Underwood & Riemer, P.C.
> 21 South Section Street
> Fairhope, AL 36532
> 251-990-5558 (Telephone)
> 251-990-0626 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on 16th day of May, 2018, I electronically filed the foregoing with the Clerk of The Court, using the CM/ECF system, which will send notification of such filing to the following:

Tammy L. Baker
Jackson Lewis, P.C.
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
*Attorney for Defendant Royal Administration Services, Inc.*

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.