FILED

2018 May-18  AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| FRANK H. EATON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 7:17-cv-01909-LSC |
| | ) | |
| UNITED REPAIR PLANS, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This Court acknowledges receipt of **Plaintiff's** Notice of Dismissal without Prejudice (doc. 18) filed on May 16, 2018. Accordingly, this case is DISMISSED without prejudice pursuant to FRCP 41(a)(1)(i).

Costs are taxed as paid.

DONE and ORDERED on May 18, 2018.

_____
L. Scott Coogler
United States District Judge

190685